# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

JESSIE WALKER, III,

Defendant.
_____/

VIOLATION: 18 U.S.C. § 115(a)(1)(B)

Case: 2:21-cr-20415
Judge: Drain, Gershwin A.
MJ: Grand, David R.
Filed: 06-23-2021 At 12:18 PM
INDI USA V. WALKER III (DA)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. § 115(a)(1)(B) — *influencing federal official by threat*)

On or about June 9, 2021, in the Eastern District of Michigan, the defendant, Jessie Walker, III, did threaten to assault, kidnap, and murder employees of the United States Social Security Administration, with intent to impede, intimidate, and interfere with such employees, while they were engaged in the performance of their official duties, and with the intent to retaliate against such employees on account of the

performance of their official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

**THIS IS A TRUE BILL.**

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

SAIMA S. MOHSIN
Acting United States Attorney

BENJAMIN COATS
Chief, Major Crimes Unit

*s/ Rosemary Wummel Gardey*
ROSEMARY WUMMEL GARDEY
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3220
phone: 313-226-0285
email: rosemary.gardey@usdoj.gov

Dated: June 23, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove~~r~~ | Case: 2:21-cr-20415<br>Judge: Drain, Gershwin A.<br>MJ: Grand, David R.<br>Filed: 06-23-2021 At 12:18 PM<br>INDI USA V. WALKER III (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple~~te~~

## Companion Case Information

| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Companion Case Number: |
|---|---|
| ☐ Yes    ☒ No | Judge Assigned:<br>AUSA's Initials: _CWB_ |

**Case Title:** USA v. Jessie Walker, III

**County where offense occurred:** Macomb

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

    ____ Indictment/ ____ Information --- **no** prior complaint.
    ✓ Indictment/ ____ Information --- based upon prior complaint [Case number: 21-mj-30291 ]
    ____ Indictment/ ____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 23, 2021
    Date

*Rosemary Wummel Gardey*
Rosemary Wummel Gardey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0285
Fax: 313-226-2372
E-Mail address: rosemary.gardey@usdoj.gov
Attorney Bar #: P49019

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.