# EXHIBIT

# Two

| REPORT OF CONTACT (Use ink or typewriter) | ACCOUNT NUMBER AND SYMBOL 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 |
|---|---|
| TO: File ☒  NE ☐  MAT ☐  SE ☐  GL ☐  WN ☐<br>MAM ☐  ODO ☐  OIO ☐  DDS ☐ | NAME OF WAGE EARNER OR SE PERSON<br>Jessie Walker III |
| PERSON(S) CONTACTED AND ADDRESSES   ☐ WE OR SE PERSON   ☐ OTHER (specify) | |

| CONTACT MADE:<br>☐ PHONE:<br>☐ OTHER: | DATE OF CONTACT<br>June 26, 2020 |
|---|---|

**SUBJECT**

Call from claimant was referred from reception. Doesn't understand what more he needs to do, what judge needs. Feels judge is fraud and racist. He recorded hearing/duaghter was right next to him. What is in the decision isn't the same as what was said at hearing. He's done being treated this way. He can't get a gun but can go by a shotgun from WalMart. He reported being beaten and tazed by cops before. People in his neghborhood treat him poorly. He never used to feel this way, but it's white people. He just wants his wages back from us. He also doesn't want his SS card anymore. Doesn't understand why he had it in the first place. I indicated I thought everyone had one, but that's not my part of the government, so not sure. I told him the judge has rules to follow to determine disability. As far as asking for SSN, we also have rules to follow so people don't take other's information. I understand it's frustrating and there are a lot of scams out there so must be scary for people, but its policies we have in place to protect their information. I told him he had appeal rights, which were explained in decision. If he needed me to assist in explaining, I could. He said he had to do whatever he needed to to get his earnings back. I tried to explain earnings were for quarters of coverage to be eligible to apply for disability beneifts. There was also a low income disability benefit that you didn't need to work for. However, you still needed to be found disabled to be paid benefits. I also exlained representation and contingency fees. I told him I would send him the list of representatives. We couldn't recommend anyone, but could send the list. I let him know that since he indicated (several times througout our long conversation- possibly an hours, with 3 dropped calls) that I would be sending someone to do a well check since he indicated he was a danger to himself and to others. I also noted that this individual would be an officer. He was ok with that. I noted that I could also refer him to the suicide hotline. He noted he wasn't going to hurt himself. He was going to protect himself. While talking, an officer showed up at his door. He asked if I'd sent them. I did not. The officer reported the same things I'd said to Mr. Walker. That he was feeling upset, he was a danger to himself and to others. He again repeated a lot of things he was saying to me previously. I asked that he have the officer call me and gave him my extension. 22712. I am not sure he gave the officer the correct number as he hung up as he was giving it out. The officer was from Muskegon Heights.

| SIGNATURE<br>T. Ackley | | |
|---|---|---|
| HEARING OFFICE (Name, Address & Code)<br>Grand Rapids (Y28)<br>Suite 200 | ☐ CT  ☐ GS  ☐ AA/PA  ☒ HOD<br>☐ OTHER       CLAIMS | DATE OF REPORT<br>June 26, 2020 |

| 1925 Breton Rd SE<br>Grand Rapids, MI 49506-4810 | | PAGE OF |
|---|---|---|

Form SSA-5002 (8-1981)  EF (02-2001)

WALKER_0127